**KATES NUSSMAN ELLIS**
**FARHI & EARLE, LLP**
190 Moore St., Suite 306
Hackensack, NJ 07601
(201) 488-7211
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| KASHMIR GILL, Individually<br><br>Plaintiff,<br><br>v.<br><br>JUS BROADCASTING CORP., et als.<br><br>Defendants. | CASE NO. 3:19-cv-06742<br><br>CIVIL ACTION<br><br>STIPULATION EXTENDING TIME TO ANSWER |
|---|---|

It is hereby stipulated and agreed by and between the parties that the time within which the Defendant Joseph Scotto may serve and file a responsive pleading to the Complaint or otherwise move is hereby extended to April 11, 2019.

Dated: April 1, 2019

Kates Nussman Ellis
Farhi & Earle, LLP
Attorneys for Defendants

_____
MICHAEL FARHI

Alan R. Ackerman, Esq.
Attorneys for Plaintiff

_____
ALAN R. ACKERMAN

So Ordered this 3rd day
of April, 2019.

_____