*Order*

# KATES NUSSMAN ELLIS FARHI & EARLE, LLP

ATTORNEYS AT LAW
190 MOORE STREET
SUITE 306
HACKENSACK, N.J. 07601-7418

TEL. (201) 488-7211
FAX (201) 488-1210
mfarhi@nklaw.com

MICHAEL B. KATES
BRUCE L. NUSSMAN
JOEL M. ELLIS *♦
MICHAEL FARHI *Δ
MATTHEW Z. EARLE *♦

CARA LANDOLFI ¥
SANDRA BARSOUM *Δ♦
ZACHARY M. ROSENBERG *

* NJ & NY BARS
Δ SO. DIST. NY/EA. DIST. NY
♦ SO. DIST. NY
♣ MASS
¥ NJ & PA BARS

FOUNDED 1913
FORMERLY
PLATOFF, HEFTLER, HARKER & NASHEL

HOWARD M. NASHEL
(1936-2006)

OF COUNSEL

ZAKIM & ZAKIM P.C
FLOWERS & O'BRIEN, LLC
KELLY J. DEERE*

RICHARD T. RAPONE (Ret.)

May 25, 2019

**Via CM/ECF**
The Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 E. State St., Room 5050
Trenton, NJ 08608

Re: Kashmir Gill v. JUS Broadcasting Corp., et al.
Case No. 3:19-cv-06742-FLW-TJB

Dear Judge Wolfson:

This firm represents the Defendants in the above matter. I write to respectfully request that our motion be rescheduled for the next motion cycle, which is June 17, 2019. My adversary has consented to this request. In addition, my adversary has consented to my Reply papers being due by June 3, 2019.

*Granted*

Thank you for your courtesies and consideration.

Respectfully yours,
KATES, NUSSMAN, RAPONE,
ELLIS & FARHI, L.L.P.

MICHAEL FARHI

MF/jk
cc: Alan R. Ackerman, Esq.

IT IS SO ORDERED:

Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.
May 28, 2019