UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KASHMIR GILL,

                Plaintiff,

vs.

JUS BROADCASTING CORP., et al.,

                Defendants.

Civil Action No.: 19-6742 (FLW)

**AMENDED ORDER**

    **THIS MATTER** having been opened to the Court by Michael Farhi, Esq., counsel for Defendants Jus Broadcasting Corp.; Jus Punjabi LLC; Jus One Corp; and Jus Broadcasting Corp. PVT. Ltd and Penny Sandhu ("Defendants"), on a Motion to dismiss Plaintiff Kashmir Gil's ("Plaintiff") Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(2) and(3); it appearing that Plaintiff, through his counsel, Alan R. Ackerman, Esq., opposes the motion; it appearing that this matter was previously scheduled for oral argument on July 10, 2019, however, counsel for Defendants failed to appear and Plaintiff now seeks his attorney's fees and costs in connection with his counsel's appearance at the prior scheduled time; it further appearing that, although this Court possesses personal jurisdiction over Defendants Penny Sandhu and Jus Punjabi LLC, it lacks personal jurisdiction over the remaining Defendants;  it appearing that pursuant to 28 U.S.C. § 1631, the Court  "shall, if it is in the interest of justice, transfer such action . . . to any other such court . . . in which the action . . . could have been brought,"; it further appearing that this case could have been brought in the Eastern District of New York as that Court clearly has general personal jurisdiction over all Defendants, with the exception of Jus Broadcasting Corp. PVT Ltd., an Indian corporation that does no business in the United States, as Defendant Penny Sandhu

1

resides in Nassau County, New York and the Defendant entities, are formed under the laws of the State of New York and have their principle place of business in New York, *see* ECF No. 10-3, Declaration of Penny K. Sandhu ("Sandhu Decl.") ¶¶3,5; the Court having considered the submissions of the parties and the arguments made by counsel during oral argument on July 19, 2019; for the reasons stated on the record and for good cause shown:

**IT IS** on this 19th day of July 2019,

**ORDERED** that Plaintiff's application for Attorney's fees [ECF No. 18] is **GRANTED** and Plaintiff is awarded attorney's fees and costs in the amount of $1,800, to be paid by Defendant's counsel, in connection with counsel's failure to appear for oral argument on the prior scheduled date; and

**ORDERED** that Defendant's Motion to Dismiss [ECF No. 10] is **DENIED;** and it is further

**ORDERED** that this matter is transferred to the United States District Court for the Eastern District of New York, in lieu of dismissal.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge